# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHEILA BENNETT**                                                                                    **PLAINTIFF**

**v.**                           **Case No. 4:23-cv-00167 KGB**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                    **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 9). The parties represent that they have reached a settlement and request that this case be dismissed with prejudice. As the motion accords with Federal Rule of Civil Procedure 41(a), the Court grants the motion, dismisses with prejudice this case, and denies as moot the parties' joint motion to suspend deadlines (Dkt. Nos. 8; 9).

It is so ordered this 27th day of June, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge